| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF WASHINGTON | |
| 11 R SALES, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT YARTO, STEVE WINKLER, and YARTO INTERNATIONAL GROUP, L.P.,<br><br>        Defendants. | Nos. CV-07-3006-FVS<br>     CV-07-3007-FVS<br>     CV-07-3062-FVS<br><br>**ORDER CONSOLIDATING CASES AND AMENDING CAPTION**<br><br>**NOW   CV-07-3006-FVS** |
| JEFF LUBLIN, in his separate capacity, JAVIER MUNGUIA, in his separate capacity, WASHINGTON EXPORT, LLC, and U.S. EXPORT, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>YARTO INTERNATIONAL GROUP, L.P., a Texas Limited Partnership, YARTO INTERNATIONAL TRADING COMPANY, L.P., a Texas Limited Partnership, ROBERT YARTO, in his separate capacity, and STEVE WINKLER, in his separate capacity,<br><br>        Defendants. | |
| YARTO INTERNATIONAL GROUP, L.P., YARTO INTERNATIONAL TRADING COMPANY, L.P., ROBERT YARTO and STEVE WINKLER,<br><br>        Plaintiffs,<br><br>    v.<br><br>WASHINGTON EXPORT, LLC, et al.,<br><br>        Defendants. | |

ORDER CONSOLIDATING CASES AND AMENDING CAPTION - 1

**THIS MATTER** having come before the Court based upon the parties' stipulated motion to consolidate; Now, therefore

**IT IS HEREBY ORDERED:**

1. The parties' motions to consolidate (Ct. Rec. 31 in CV-07-3006-FVS; Ct. Rec. 68 in CV-07-3007-FVS; and Ct. Rec. 45 in CV-07-3062-FVS) are **GRANTED.**

2. Henceforth, all pleadings and papers shall be filed in CV-07-3006-FVS.  No pleading or paper shall be filed in CV-07-3007-FVS or CV-07-3062-FVS.

3.  The District Court Executive shall add the parties from CV-07-3007-FVS and CV-07-3062 to CV-07-3006-FVS as set forth in the caption of this order.

4.  The District Court Executive is directed to **CLOSE CV-07-3007-FVS and CV-07-3062-FVS.**

**IT IS SO ORDERED.**   The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___19th___ day of October, 2007.

>                     s/ Fred Van Sickle
>                       Fred Van Sickle
>                 United States District Judge

ORDER CONSOLIDATING CASES AND AMENDING CAPTION - 2